# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JAMES ARNOLD,            ) | |
|     Plaintiff,            ) | |
|                          ) | |
| v.                       ) | |
|                          ) | |
|                          ) | **JUDGMENT** |
| CAROLYN W. COLVIN,       ) | **CASE NO. 5:12-CV-737-D** |
| Acting Commissioner of Social Security,  ) | |
|     Defendant.          ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further action.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 12, 2013,** WITH A COPY TO:

Rachel C. Lane (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| August 12, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |